No. 82–432.   LOCAL NO. 82, FURNITURE & PIANO MOVING, FURNITURE STORE DRIVERS, HELPERS, WAREHOUSEMEN & PACKERS, ET AL. v. CROWLEY ET AL.   C. A. 1st Cir.

[Certiorari granted, 459 U. S. 1168.]   Motion of the Solicitor General for divided argument granted.